**Order filed, October 24, 2018.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-18-00813-CR
NO. 14-18-00814-CR
_____

**SERGIO DEASES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1550953, 1552708**

## ORDER

The reporter's record in these cases were due **October 23, 2018**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Judy Ann Fox**, the official court reporter, to file the record in these appeals **within 30 days** of the date of this order.

PER CURIAM